Honorable Kieth A. [Pesto]
U.S Court House
308 Penn traffic Bldg
319 Washington St
Johnstown Pa 15901

[3:24-CV-148]

No Fee/IFP
#4
B110

0701052
Blair co. Prision
Hollidaysburg
PA 16648

Date: June 24, 2024

Related case: 3:22-CV-22

Your Honor,
please pardon this interruption of your time. However I find myself in need of the assistance of the court. I have not only been falsly accused of several crimes that never happened, by way of an arrest warrant you will note by the outline and narrative alike it is my intention to file suit from here forword.

① 1st out of 138 pages of the preliminary hearing it does not even comes close to Prima facia. However I do not wish to fight the case or charges here.

I'm suing for the injustice and cruell and unusual treatment thus far.

② I was housed over 80 days in the Gym at the Blair County Prision with 1 toilet, 1 sink and 1 shower for 40 inmates to shear.

The lights stay on all night, and during the winter months the air was kept blowing 24/7 at a low temputure.

There was no hot water and we were given two blanket to try to protect our self from the harsh cold temputure.

1 of 5

③ I was temporary housed on (A) block in cell #2, where there was human feces and urine and trash all over when I was placed there all this, and I've been here 30 months. you will note your Honor; in the comming pages.

Just a few ways in which my rights have been violated, again I am not pleading my case I'm defending my rights.

I want my name back please assist me The cases began with 681-2022 and a misguided narrative created by detective Eric Heuston of the Altoona Police Dept. After almost a year Later comes cases as follows: NO. 681, 1909, 2076, 2077, 2094 of 2022.

I'v Lost My Resteraunt, Lounge and Pastorial persision-

If you could tell me where and how much to send and how to wright the check out, it will be done.

Detective Heuston on page 6 of 8 the incident report paragraph 1, you stated that you interviewed Ms. Clark while she was incarcerated in BCP, and that Ms. Clark recounted that she met Donald Dargan through Sean Atkins, after Atkins lost his apartment and was residing with her at 201 E 2nd Ave Apt 2.

And Ms. Clark went on stating that sometime in January 2021, Dargan was brought to the residence by Atkins. to by methamphetamine which is a direct contridiction to what was stated on page 2 of the 8 incident report.

The affidavit of probable cause state she was bought to my house to by drugs, which stands the reason my bail reduction were denied on faulse pretense.

And another reason my motion has been denied is a clear contridiction of the affidavit of probable cause found on page 6 and 7 and 8 which nariates the eledged events that Bri Allen came to my house on 6th Ave 3rd floor Altoona P.A 16602, which is not what she said at the Preliminary hearing in which she stated she has never been or ever known me to live in on the 3rd floor anywhere, yet this is what I am currently incarcernated for over 850 days without continuence sought on my behalf, which clearly shows I have beed deprived of my U.S & P.A 6th Amendment of my constitutional rights.

3 of 5

Several accusations concerning my involvement in this alledged curruped organisation has not been colabarated by any two people out of at least 25 people as far as the incident report nor the affidavit of probable cause.

It is now my intent to start a lawsuit against Blair County and the D.A's office for malious prosicution, in which they have denied me the following amendments:

6th it states that I have the right to a speedy trial within 365 days. Along side my 8th, 4th & 2nd, 9th & 13th amendment and the way this is done is the DA and President judge are not only on the prison board in Blair County, but they are both on my case. The detective works for the drugs task force and the DA is a board member in opperation out town which is suppling the overtim pay for the drug task force.

According to the Frank rule. I find detective Erick Heuston in violation of the same.

I hear by request the courts assistant in filing a federal lawsuit in the sum of 18 million dollors for reasons as follow.

1. My faulse arrest
2. Deffemation of my charator
3. Malicious procecution
4. Cruell and unusaul punnishment
5. Faulsifiing statement
6. Violation of my U.S and PA constitutional rights 2,4,6,8,9,13, Amendment

Donald Dargan Pro, se